IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT A. HEBERT,

      Petitioner,                      No. CIV S-08-2358 GGH P

    vs.

JOHN MARSHALL, et al.,

      Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner's petition is 105 pages long, which includes exhibits mixed in with legal briefing in support of the claims. Petitioner's legal claims are not clearly identified, although it appears that he intends to raise claims of ineffective assistance of trial and appellate counsel, and possibly prosecutorial misconduct. Because the court cannot determine the nature of petitioner's claims, the petition is dismissed with leave to amend. Rule 4, Federal Rules

1

Governing Section 2254 Cases.

Petitioner's amended petition should clearly identify each claim. Petitioner's description of each claim need not include lengthy legal briefing. Rather, for each claim petitioner should include a short, but specific, summary of the factual background and a concise briefing of the constitutional violation he is alleging. It is clear that petitioner can state his claims in an amended petition that is substantially shorter than 105 pages.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. The petition is dismissed with thirty days to file an amended petition;

3. The Clerk of the Court is directed to send petitioner the form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED: December 10, 2008

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

heb2358.ame